OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308 CAPITOL STATION, AUSTIN, TEXAS 78711



OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

POSTAGE >> PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401623 SEP 02 2015

8/21/2015
**HERNANDEZ, CARLOS BARON**
**Tr. Ct. No. 2010-02-11472-CR-2**                                    **WR-82,794-02**
On this day, the application for 11.07 Writ of Habeas Corpus has been received
and presented to the Court.

Abel Acosta, Clerk

CARLOS BARON HERNANDEZ
BOYD UNIT - TDC # 1774163

RTS
discharged